UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID MICHAEL JONES, )<br>  )<br>          Plaintiff, )<br>  vs. ) <br>  )<br>SHERIFF TERRY RICHWINE, et al., )<br>  )<br>          Defendants. ) | No: 1:06-cv-162-SEB-JMS |

## J U D G M E N T

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendants' motion for summary judgment is **granted** and that judgment is entered for the defendants and against the plaintiff on his amended complaint.

The costs of this action are assessed against the plaintiff.

*[Signature]*

Date: 06/18/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

G. Jayson Marksberry, STEPHENSON MOROW & SEMLER
jmarksberry@stephlaw.com

Michael Roy Morow, STEPHENSON MOROW & SEMLER
mmorow@stephlaw.com

James S. Stephenson, STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

David Michael Jones
DOC #850168
Indiana State Prison
P.O. Box 41
Michigan City, IN 46360